UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY CONDON,

      Plaintiff,

vs.                                                                  CASE NO.: _____

GLOBAL CREDIT & COLLECTION
CORPORATION,

      Defendant.

_____/

## **<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Your Defendant, Global Credit and Collection Corporation, pursuant to Fed.R.Civ.P. 56,

moves for summary judgment against the Plaintiff and as grounds therefore respectfully refers

this Honorable Court to the accompanying brief in support of the motion.

                    THE LAW OFFICES OF RONALD S. CANTER, LLC


                     /s/ Ronald S. Canter
                    _____
                    Ronald S. Canter, Esquire
                    Bar #335045
                    11300 Rockville Pike, Suite 1200
                    Rockville, MD 20852
                    Telephone:  301-770-7490
                    Facsimile:  301-770-7493
                    E-Mail:  rcanter@roncanterllc.com
                    Attorney for Defendant

                    400 S. Dixie Hwy #322
                    Boca Raton, FL  33432
                    Local Address

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by First Class Mail, Postage Prepaid on this 8th of July, 2010 to:

Frederick W. Vollrath, Esquire
307 S. Fielding Avenue, Suite #2
Tampa, FL  33606
Attorney for Plaintiff


/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Attorney for Defendant